657 So.2d 1005 (1995)
STATE ex rel. John GRAY, Jr. a/k/a Lionel Jenkins
v.
STATE of Louisiana.
No. 94-KH-1002.
Supreme Court of Louisiana.
June 30, 1995.
Writ granted; case remanded to the district court. The district court is ordered to consider the merits of relator's timely filed application. Houston v. Lack, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988); State ex rel. Johnson v. Whitley, 92-2689 (La. 1/5/95), 648 So.2d 909; Tatum v. Lynn, 93-1559 (La.App. 1st Cir.1994), 637 So.2d 796.
MARCUS, J., not on panel.